# UNITED STATES DISTRICT COURT
для
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Victor Nava-Padilla,<br>(A 205 927 307)<br>*Defendant* | Case No. 16-7460MJ |

DOA 11/16/16

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of November 12, 2016, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), a felony, and Title 8, U.S.C. § 1325(a)(2) a class B misdemeanor, an offense described as follows:

**See Attachment A Incorporated By Reference Herein**

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: Charles E. Bailey, P.S. for AUSA Margaret Perlmeter

☒ Continued on the attached sheet.

*Complainant's signature*
Darrin J. McNeill,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: November 18, 2016

*Judge's signature*

Bridget S. Bade,
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

## ATTACHMENT A

### Count 1

On November 12, 2016, Victor Nava-Padilla, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near San Luis, Arizona, on or about October 24, 2013, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony.

### Count 2

On November 12, 2016, at or near Phoenix, in the District of Arizona, Victor Nava-Padilla, an alien, did elude the examination or inspection by immigration officers in violation of Title 8, United States Code, Section 1325(a)(2), a class B misdemeanor.

## STATEMENT OF PROBABLE CAUSE

I, Darrin J. McNeill, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On November 12, 2016, Victor Nava-Padilla was booked into the Maricopa County Jail (MCJ) by the Phoenix Police Department on local charges. While incarcerated at MCJ, Nava-Padilla was examined by ICE Officer S. Rothermel who determined him to be a citizen of Mexico, illegally present in the United States. On that same date, a Request for Voluntary Transfer was lodged with the MCJ. On November 16, 2016, Nava-Padilla was released from the MCJ and then transported to the Phoenix ICE office for further investigation and processing. Nava-Padilla was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Victor Nava-Padilla to be a citizen of Mexico and a previously deported criminal alien. Nava-Padilla was removed from the United States to Mexico at or near San Luis, Arizona, on or about October 24, 2013, pursuant to the reinstatement of an order of removal issued by an immigration official. There is no record of Nava-Padilla in any Department of Homeland Security database to

suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Nava-Padilla's immigration history was matched to him by electronic fingerprint comparison.

4. Furthermore, there is no record of Victor Nava-Padilla in any Department of Homeland Security database to suggest that after his last removal from the United States he entered into the United States at an official Port of Entry. Had Nava-Padilla presented himself at a Port of Entry, Department of Homeland Security records likely would reveal that information. Accordingly, your affiant believes that Nava-Padilla entered the United States at a location not designated as an official Port of Entry, and thereby eluded examination and inspection by Immigration Officers of the United States. Nava-Padilla's immigration history was matched to him by electronic fingerprint comparison.

5. On November 16, 2016, Victor Nava-Padilla was advised of his constitutional rights. Nava-Padilla freely and willingly acknowledged his rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about November 12, 2016, Victor Nava-Padilla, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near San Luis, Arizona, on or about October 24, 2013, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section

1326(a) and on November 12, 2016, at or near Phoenix, in the District of Arizona, Victor Nava-Padilla, an alien, did elude the examination or inspection by immigration officers in violation of Title 8, United States Code, Section 1325(a)(2).

Darrin J. McNeill,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 18th day of November, 2016.

Bridget S. Bade,
United States Magistrate Judge

4